EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
INDIRA J. CAMERON-BANKS (CBN 248634)
Assistant United States Attorney
Chief, Financial Litigation Section
    Federal Building, Suite 7516AA
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2442
    Facsimile: (213) 894-7819
    E-mail: indira.j.cameron-banks@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KELLY GEARHART<br><br>Defendant. | No. CV 16-3596<br>  [SACR 12-631-ODW]<br><br>**UNITED STATES OF AMERICA'S APPLICATION FOR ISSUANCE OF WRIT OF CONTINUING GARNISHMENT**<br><br>[County Auditor-Controller-Treasurer-Tax Collector, San Luis Obispo County] |

    The United States of America applies, in accordance with 28 U.S.C. § 3205(b)(1), to the Court to issue a Writ of Continuing Garnishment upon the criminal judgment entered in *United States v. Kelly Gearhart*, SACR-12-631-ODW, imposing an order of restitution in the amount of $17,516,131.38 against the defendant-judgment debtor, KELLY GEARHART, Social Security Number XXX-XX-9823, who is currently

incarcerated in Fort Dix FCI located at 5756 Hartford Road, Joint Base MDL, New Jersey 08640.

      Demand for payment of the above-stated debt was made upon Defendant not less than thirty (30) days prior to the date of this application, and Defendant has not paid the amount due.

      Garnishee is believed to owe or will owe, money or property to Defendant, or is in possession of property (such as nonexempt disposable earnings) of Defendant, and Defendant has a substantial nonexempt interest in the property.

      The names and addresses of Garnishees or their authorized agent is:

        County Auditor-Controller–Treasurer–Tax Collector
        Attn: Justin Cooley, Principal Financial Analyst
        San Luis Obispo County
        1055 Monterey Street, Room D-290
        San Luis Obispo, CA 93408

DATED: May 24, 2016.      Respectfully submitted,

                              EILEEN M. DECKER
                              United States Attorney
                              DOROTHY A. SCHOUTEN
                              Assistant United States Attorney
                              Chief, Civil Division
                                      /s/           
                              INDIRA J. CAMERON-BANKS
                              Assistant United States Attorney
                              Chief, Financial Litigation Section