EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
INDIRA J. CAMERON-BANKS (CBN 248634)
Assistant United States Attorney
Chief, Financial Litigation Section
    Federal Building, Suite 7516AA
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2442
    Facsimile: (213) 894-7819
    E-mail: indira.j.cameron-banks@usdoj.gov

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KELLY GEARHART<br><br>Defendant. | No. **CV 16-3596**<br>[CR 12-631-ODW]<br><br>**ORDER DIRECTING ISSUANCE OF WRIT OF CONTINUING GARNISHMENT**<br><br>**[County Auditor-Controller-Treasurer-Tax Collector, San Luis Obispo County]** |

    The Court, having considered the application of the United States of America for an issuance of a Writ of Continuing Garnishment as to County Auditor-Controller-Treasurer-Tax Collector, San Luis Obispo County, with regard to defendant judgment-debtor KELLY GEARHART, finds that the issuance of the Writ is proper under the circumstances of this case, and HEREBY ORDERS that the Clerk of the Court shall

1

1 issue a writ of continuing garnishment with respect to County Auditor-Controller-
2 Treasurer-Tax Collector, San Luis Obispo County, in the form submitted by the United
3 States.
4
5 DATED: May ___, 2016. _____
6 UNITED STATES DISTRICT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28