EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
INDIRA J. CAMERON-BANKS (CBN 248634)
Assistant United States Attorney
Chief, Financial Litigation Section
    Federal Building, Suite 7516AA
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2442
    Facsimile: (213) 894-7819
    E-mail: indira.j.cameron-banks@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KELLY GEARHART<br><br>Defendant. | No. CV 16-3596-ODW<br>[CR 12-631-ODW]<br><br>**WRIT OF CONTINUING GARNISHMENT**<br><br>[County Auditor-Controller-Treasurer-Tax Collector, San Luis Obispo County] |

TO THE UNITED STATES MARSHAL, CENTRAL DISTRICT OF CALIFORNIA:

    An application for a writ of continuing garnishment against the property of defendant/judgment debtor KELLY GEARHART, has been filed with this Court as to garnishee County Auditor–Controller–Treasurer–Tax Collector, San Luis Obispo County. A criminal judgment was entered by the United States District Court for the

1

Central District of California in *United States v. Kelly Gearhart*, SACR-12-631-ODW, imposing an order of restitution for $$17,516,131.38 against defendant/judgment debtor.

The name and address of Garnishees and/or Garnishees' authorized agent is:

    County Auditor-Controller-Treasurer-Tax Collector
    Attn. Justin Cooley, Principal Financial Analyst
    San Luis Obispo County
    1055 Monterey Street, Room D-290
    San Luis Obispo, CA 93408

The address for plaintiff United States of America is:

    Office of the United States Attorney
    Financial Litigation Unit
    Room 7516AA-Federal Building
    300 N. Los Angeles Street
    Los Angeles, CA 90012

Defendant's Social Security Number is: XXX-XX-9823.

The last known address of Defendant is: Fort Dix FCI, 5756 Hartford Road, Joint Base MDL, New Jersey 08640.

Counsel for plaintiff United States of America is:

    Indira J. Cameron-Banks
    Assistant United States Attorney
    Room 7516AA-Federal Building
    300 N. Los Angeles Street
    Los Angeles, CA 90012

YOU ARE THEREFORE ORDERED AND COMMANDED to secure satisfaction of the above debt by serving this writ of continuing garnishment upon Garnishee.

YOU ARE FURTHER ORDERED AND COMMANDED to execute and return this writ within five (5) days from the date of your execution thereof.

TO THE ABOVE-NAMED GARNISHEE:

    YOU AND YOUR SUCCESSORS AND ASSIGNS SHALL WITHHOLD AND RETAIN ANY PROPERTY IN WHICH THE DEBTOR HAS A SUBSTANTIAL NONEXEMPT INTEREST AND FOR WHICH YOU ARE OR MAY BECOME INDEBTED TO THE JUDGMENT DEBTOR PENDING FURTHER ORDER OF THE COURT.

GARNISHEE SHALL ANSWER in writing, under oath, within TEN (10) DAYS after service of the writ of continuing garnishment and shall respond therein to the following questions:

1. Whether Garnishee has custody, control or possession of any property of Defendant [including but not limited to non-exempt disposable earnings];
2. What is a description of the property and the value thereof;
3. Whether Garnishee owed Defendant any debt on the date the writ was served and the amount and basis of the debt; and
4. Whether Garnishee anticipates owing any debt to Defendant in the future, and whether the period for payment will be weekly or other specified period.

GARNISHEE SHALL file the original answer to this writ within ten (10) days of receipt of this writ with the Clerk of the United States District Court, 312 North Spring Street, Los Angeles, California 90012.  Additionally, you are required to serve a copy of the answer on Defendant KELLY GEARHART, and also on the attorney for plaintiff United States of America:  Indira J. Cameron-Banks, Assistant United States Attorney, Room 7516AA, Federal Building, 300 North Los Angeles Street, Los Angeles, California 90012.

IF YOU FAIL TO ANSWER THIS WRIT OR WITHHOLD AND RETAIN PROPERTY IN ACCORDANCE WITH THIS WRIT, THE UNITED STATES OF AMERICA MAY PETITION THE COURT FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT.  IF YOU FAIL TO APPEAR OR DO APPEAR AND FAIL TO SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY WITH THIS WRIT, THE COURT MAY ENTER A JUDGMENT AGAINST YOU FOR THE VALUE OF THE DEBTOR'S NONEXEMPT PROPERTY AS WELL AS REASONABLE ATTORNEY'S FEES.

**IT IS UNLAWFUL TO PAY OR DELIVER TO DEFENDANT ANY PROPERTY LEVIED UPON BY THIS WRIT UNTIL FURTHER ORDER OF COURT.**

The garnishment is <u>continuing</u> in nature and shall constitute a lien against Defendant's nonexempt property.

The garnishment shall continue and survive until any of the following occurs:

(a) The debt is satisfied in full;

(b) The property in the possession, custody or control of Garnishee is exhausted;

(c) Plaintiff United States of America has released the garnishment; or

(d) The Court orders that the garnishment be quashed.

DATED: May  26 , 2016.

                KIRY K. GRAY
                CLERK, UNITED STATES DISTRICT COURT

                *Sheila English*
                _____
                BY:  DEPUTY CLERK