JUSTIN COOLEY
Principal Financial Analyst
Auditor-Controller-Treasurer-Tax Collector
County of San Luis Obispo
1055 Monterey St., Rm D-290
San Luis Obispo, CA 93408
Telephone: (805) 781-5852
Facsimile: (805) 781-5362
E-mail: jcooley@co.slo.ca.us

Pro se garnishee

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KELLY GEARHART,<br><br>Defendant. | No. CV 16-3596-ODW<br>[SACR 12-631-ODW]<br>**ANSWER OF GARNISHEE**<br><br>Auditor-Controller-Treasurer-Tax Collector, County of San Luis Obispo |

**DECLARANT STATES:**

My name is Justin Cooley and my address and telephone number is County Auditor-Controller-Treasurer-Tax Collector, 1055 Monterey St., Rm D-290, San Luis Obispo, CA 93408, (805) 781-5852.

1. I am authorized to make this declaration on Garnishee's behalf regarding the Writ of Garnishment received on Garnishee on May 26, 2016. The person making

I declare under penalty of perjury that I have read the foregoing document and that the statements made therein are true and correct.

Signed this 3rd day of June, 2016.

_____
DECLARANT

this declaration is the Principal Financial Analyst of Garnishee County of San Luis Obispo Auditor-Controller-Treasurer-Tax Collector, a governmental entity.

2. The Garnishee has custody, control or possession of the following unclaimed funds in which the debtor has a nonexempt interest:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| a. Unclaimed Funds | $171.68 | Property Tax Overpayment/Refund |
| b. Unclaimed Funds | $1,255.72 | Property Tax Overpayment/Refund |
| c. Unclaimed Funds | $172.96 | Property Tax Overpayment/Refund |
| d. Unclaimed Funds | $568.88 | Property Tax Overpayment/Refund |

3. Is debtor subject to an existing garnishment or levy?

☐ Yes   ☒ No

4. The Garnishee mailed a copy of this Answer by first-class mail on this date to: (a) the Debtor, Kelly Gearhart, 63387-112 at Fort Dix FCI, 5756 Hartford Road, Joint Base MDL, NJ 08640 and (b) the attorney for the United States, Indira J. Cameron-Banks, Assistant United States Attorney, Suite 7516AA Federal Building, 300 North Los Angeles Street, Los Angeles, California 90012.

## PROOF OF SERVICE BY MAILING

I, Justin Cooley, declare:

I am over the age of eighteen and am not a party to the above-entitled action;

That I am employed by the County of San Luis Obispo, herein was made; that on June 3, 2016, I deposited in the above-entitled action, in an envelope bearing the requisite postage, a copy of **ANSWER OF GARNISHEE**, addressed to:

> Indira J. Cameron-Banks
> Assistant United States Attorney
> Office of the U.S. Attorney
> Room 7516AA, Federal Building
> 300 North Los Angeles Street
> Los Angeles, CA 90012
>
> Kelly Gearhart, 63387-112
> Fort Dix FCI
> 5756 Hartford Road
> Joint Base MDL, NJ 08640

At their last known address, at which place there is a delivery service by U.S. Mail.

This Certificate is executed on June 3, 2016, at San Luis Obispo, CA.

I certify under penalty of perjury that the foregoing is true and correct.

*/s/ Justin Cooley*

-1-

JAMES P. ERB, CPA
SAN LUIS OBISPO COUNTY TAX COLLECTOR
1055 MONTEREY ST RM D290
SAN LUIS OBISPO, CA 93408-1003



9314 8699 0430 0023 7436 05

RETURN RECEIPT (ELECTRONIC)

Total Postage: $5.325

Clerk of the United States District Court
312 North Spring Street
Los Angeles, CA 90012

Reference Number: CV 16-3596-ODW

incarcerated in Fort Dix FCI located at 5756 Hartford Road, Joint Base MDL, New Jersey 08640.

Demand for payment of the above-stated debt was made upon Defendant not less than thirty (30) days prior to the date of this application, and Defendant has not paid the amount due.

Garnishee is believed to owe or will owe, money or property to Defendant, or is in possession of property (such as nonexempt disposable earnings) of Defendant, and Defendant has a substantial nonexempt interest in the property.

The names and addresses of Garnishees or their authorized agent is:

    County Auditor-Controller-Treasurer-Tax Collector

    Attn: Justin Cooley, Principal Financial Analyst

    San Luis Obispo County

    1055 Monterey Street, Room D-290

    San Luis Obispo, CA 93408

DATED: May 24, 2016.    Respectfully submitted,

    EILEEN M. DECKER
    United States Attorney
    DOROTHY A. SCHOUTEN
    Assistant United States Attorney
    Chief, Civil Division
              /s/
    INDIRA J. CAMERON-BANKS
    Assistant United States Attorney
    Chief, Financial Litigation Section

CERTIFIED MAIL®

WALZ

To reorder, please call (800) 882-3811 and reference Envelope # 35790

MAILED RECEIVED
CLERK U.S. DISTRICT COURT
JUN 06 2016
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY