EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
INDIRA J. CAMERON-BANKS (CBN 248634)
Assistant United States Attorney
Chief, Financial Litigation Section
    Federal Building, Suite 7516AA
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2442
    Facsimile: (213) 894-7819
    E-mail: indira.j.cameron-banks@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>     v.<br><br>KELLY GEARHART,<br><br>          Defendant. | No. **CV 16-3596**<br><br>[CR 12-631-ODW]<br><br>**REQUEST OF UNITED STATES FOR ISSUANCE OF FINAL ORDER OF CONTINUING GARNISHMENT**<br><br>**[County Auditor-Controller-Treasurer-Tax Collector, San Luis Obispo County]**<br><br>Hearing: None<br><br>[Hon. Otis D. Wright, II] |

TO THE COURT:

On May 24, 2016, the Court issued a writ of continuing garnishment directed to the garnishee County Auditor-Controller-Treasurer-Tax Collector, San Luis Obispo County ("Garnishee") pursuant to 28 U.S.C. § 3205(a) and (b)(1), in order to enforce a restitution judgment of $17,516,131.38 entered against criminal judgment debtor Kelly Gearhart in *United States v. Kelly Gearhart*, CR 12-631-ODW.

On May 26, 2016, the United States served the writ of garnishment and related papers on the criminal judgment debtor. (Dkt. 4.)

On June 3, 2016, Garnishee's answer, filed pursuant to 28 U.S.C. § 3205(c)(4) was served on the criminal judgment debtor. (Dkt. 6.) The answer reflected that there were no previous garnishments to which the property at issue was subject. (Dkt. 6.) The criminal judgment debtor had twenty days following the receipt of this answer to file a written objection and request a hearing. *See* 28 U.S.C. § 3205(c)(5). To date, no objection and/or request for hearing has been made or filed.

Therefore, the United States requests the Court to issue a final order of continuing garnishment to Garnishee, requiring it to pay to the United States the amount of money that it was obliged to "withhold and retain" since the date it was served with the writ of continuing garnishment. *See* 28 U.S.C. § 3205(c)(2)(F), and the authorities set forth above.

1. The Garnishee should be ordered to make payment by sending cashier's or corporate check or money order made payable to the "Clerk, United States District Court" to the following address, <u>with the criminal case name and number</u> (*U.S. v. Kelly Gearhar*t, CR 12-631-ODW) on the "memo line":

**Clerk's Office, United States District Court ATTN:  Fiscal Section**

**312 North Spring Street, Room 529, Los Angeles, CA 90012-4708.**

DATED: October 28, 2016.   Respectfully submitted,

EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
INDIRA J. CAMERON-BANKS
Assistant United States Attorney
Chief, Financial Litigation Section

<u>*/s/ Indira J. Cameron-Banks*</u>
INDIRA J. CAMERON-BANKS
Assistant United States Attorney

Attorneys for Plaintiff
United States of America