EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
INDIRA J. CAMERON-BANKS (CBN 248634)
Assistant United States Attorney
Chief, Financial Litigation Section
    Federal Building, Suite 7516AA
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2442
    Facsimile: (213) 894-7819
    E-mail: indira.j.cameron-banks@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    v.<br><br>KELLY GEARHART,<br><br>        Defendant. | No. **CV 16-3596-ODW**<br><br>[CR 12-631-ODW]<br><br>**FINAL ORDER OF CONTINUING GARNISHMENT [8]**<br><br>**[County Auditor-Controller-Treasurer-Tax Collector, San Luis Obispo County]**<br><br>Hearing: None<br><br>[Hon. Otis D. Wright, II] |

Pursuant to the United States of America's Request for a Final Order of Continuing Garnishment to garnishee County Auditor-Controller-Treasurer-Tax Collector, San Luis Obispo County, and for good cause shown, IT IS ORDERED that:

County Auditor-Controller-Treasurer-Tax Collector, San Luis Obispo County shall pay to the United States, pursuant to 28 U.S.C. § 3205(c)(7), the amount of money that it was obliged to "withhold and retain" since the date it acknowledged it was served with the writ of continuing garnishment. *See* 28 U.S.C. § 3205(c)(2)(F).

County Auditor-Controller-Treasurer-Tax Collector, San Luis Obispo County shall make payments by sending cashier's or corporate checks or money orders made payable to the "Clerk, United States District Court" to the following address:

> **Clerk's Office**
> **United States District Court**
> **312 North Spring Street**
> **Room 529**
> **Los Angeles, CA 90012-4708**
> **ATTN:  Fiscal Section**

The Memo line on the check(s) or money order(s) must include the <u>criminal</u> case name and number and the name of defendant Kelly Gearhart (i.e., *United States v. Kelly Gearhart*, CR 12-631-ODW).

DATED:  October 31, 2016.

_____
UNITED STATES DISTRICT JUDGE

-1-