1  EILEEN M. DECKER
   United States Attorney
2  DOROTHY A. SCHOUTEN
   Assistant United States Attorney
3  Chief, Civil Division
   INDIRA J. CAMERON-BANKS
4  Assistant United States Attorney
   Chief, Financial Litigation Section
5       Federal Building, Suite 7516AA
        300 North Los Angeles Street
6       Los Angeles, California 90012
        Telephone: (213) 894-2442
7       Facsimile: (213) 894-7819
        E-mail: indira.j.cameron-banks@usdoj.gov
8
   Attorneys for Plaintiff
9  United States of America

10

11                    UNITED STATES DISTRICT COURT

12               FOR THE CENTRAL DISTRICT OF CALIFORNIA

13

14  United States of America,         No. **CV 16-3596-ODW**

15              Plaintiff,                 [CR 12-631-ODW]

16       v.

17                                    **PROOF OF SERVICE BY U.S. MAIL**
    KELLY GEARHART,
18
                Respondent.
19

20

21      I, Toni A. Fratiello, declare:

22      That I am a citizen of the United States and a resident

23  employed in Los Angeles County, California; that my business

24  address is Federal Building, Room 7516AA, 300 North Los Angeles

25  Street, California 90012; that I am over the age of 18 and not a

26  party to the within action.  I am employed by the Office of

27

28

United States Attorney for the Central District of California who is a member of the Bar of this Court at whose directions this service by U.S. mail was made.

On December 7, 2016, I served a copy of the following pleadings:

-Final Order of Continuing Garnishment[8]

on the following person:

Kelly Gearhart
63387-112 at Fort Dix FCI
5756 Hartford Road
Joint Base MDL, NJ 08640

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 7, 2016, in Los Angeles, California.

/s/ *Toni A. Fratiello*_____
TONI A. FRATIELLO

-1-