EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
INDIRA J. CAMERON-BANKS (CBN 248634)
Assistant United States Attorney
Chief, Financial Litigation Section
ZORAN J. SEGINA (CBN 129676)
Assistant United States Attorney
    Federal Building, Suite 7516AA
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6606
    Facsimile: (213) 894-5900
    E-mail: zoran.segina@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KELLY GEARHART<br><br>    Defendant. | No. CV 16-3596 ODW<br><br>[SACR 12-631-ODW]<br><br>**UNITED STATES OF AMERICA'S APPLICATION FOR**<br><br>**(1) ORDER ISSUING WRIT OF CONTINUING GARNISHMENT TO GARNISHEE PNC;**<br><br>[28 U.S.C. § 3205(b)]<br>**AND**<br>**(2) CLERK'S NOTICE OF ENFORCEMENT**<br>[28 U.S.C. § 3202(b)] |

The United States of America applies, in accordance with 28 U.S.C. § 3205(b)(1), for a Court Order Issuing a Writ of Continuing Garnishment in order to secure payment

on the criminal judgment entered in *United States v. Kelly Gearhart,* SACR 12-631-ODW imposing an order of restitution and a special assessment in the amount of $17,516,131.38 against the defendant-judgment debtor, Kelly Gearhart, No. 63387-112**,** who is currently incarcerated in Fort Dix FCI, located at 5756 Hartford Road, Joint Base MDL, New Jersey 08640.

In connection with this request, the United States also seeks a Clerk's Notice pursuant to 28 U.S.C. § 3202(b), as prepared and submitted by the United States as an attachment to this application.

As of March 1, 2017, Defendant's criminal debt balance is $17,513,812.14.

Demand for payment of the above-stated debt was made upon Defendant more than thirty (30) days before the date of this application, and Defendant has not paid the amount due.

Garnishee is believed to owe or will owe, money or property to Defendant, or is in possession of property (such as nonexempt disposable earnings) of Defendant, and Defendant has a substantial nonexempt interest in the property.

The names and addresses of Garnishee or the Garnishee's authorized agent is:

    PNC – Wadsworth Branch

    1052 High Street

    Wadsworth, OH 44281

DATED: March 1, 2017.    Respectfully submitted,

    EILEEN M. DECKER
    United States Attorney
    DOROTHY A. SCHOUTEN
    Assistant United States Attorney
    Chief, Civil Division
    */s/ Zoran J. Segina*
    ZORAN J. SEGINA
    Assistant United States Attorney