EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
INDIRA J. CAMERON-BANKS (CBN 248634)
Assistant United States Attorney
Chief, Financial Litigation Section
ZORAN J. SEGINA (CBN 129676)
Assistant United States Attorney
    Federal Building, Suite 7516AA
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6606
    Facsimile: (213) 894-5900
    E-mail: zoran.segina@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 16-3596 ODW |
|---|---|
| Plaintiff, | [SACR 12-631-ODW] |
| v. | **UNITED STATES OF AMERICA'S NOTICE OF LODGING AMENDED PROPOSED WRIT OF GARNISHMENT TO GARNISHEE US BANK AND ORDER TO CLERK COURT** |
| KELLY GEARHART | |
| Defendant. | |

/ / /

/ / /

/ / /

1  TO THE COURT:

2  PLEASE TAKE NOTICE that the attached hereto as Exhibit 1 is the United States
3  of America's amended proposed Writ of Continuing Garnishment to Garnishee US Bank
4  – Wadsworth Walmart Office, 222 East Smokerise Drive, Wadsworth, OH 44281 and
5  Order to Clerk of Court to Issue a Notice to Debtor.

7  DATED: March 9, 2017.          Respectfully submitted,

                                  EILEEN M. DECKER
                                  United States Attorney
                                  DOROTHY A. SCHOUTEN
                                  Assistant United States Attorney
                                  Chief, Civil Division

                                   */s/ Zoran J. Segina*
                                  ZORAN J. SEGINA
                                  Assistant United States Attorney

2